IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BUONICONTI, | : | CIVIL ACTION |
| | : | NO. 15-03787 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

# O R D E R

**AND NOW,** this **7th** day of **December, 2015,** it is hereby **ORDERED** that Defendants' Second Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 4) is **GRANTED,** and Counts 1, 4, 7, 8, and 9 of Plaintiff's Amended Complaint (ECF No. 3) are **DISMISSED.** Leave to file a Second Amended Complaint is **GRANTED,** to be filed by **December 17, 2015.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1