IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BUONICONTI, | : | CIVIL ACTION |
| | : | NO. 15-3787 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **13th** day of **December, 2016,** upon consideration of the Motion to Dismiss filed by Defendants City of Philadelphia, Prison Commissioner Louis Giorla, Warden Juanita Goodman, and Captain Cynthia Osborne ("the Moving Defendants") (ECF No. 20), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

    1.    The Moving Defendants' Motion to Dismiss (ECF No. 20) is **GRANTED.**

    2.    Plaintiff's claims against the Moving Defendants in Counts 1, 4, 7, 8, and 9 of Plaintiff's Second Amended Complaint (ECF No. 19) are **DISMISSED with prejudice.**

    **AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**